1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



FILED
DEC 01 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

8                IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA

10

11 IN RE:                                  CASE NO. 2:15-SW-623-CKD

12 THE MATTER OF THE SEARCH OF             [PROPOSED] ORDER COMMANDING GOOGLE,
   GOOGLE, INC. ACCOUNTS                   INC. NOT TO NOTIFY ANY PERSON OF THE
13                                         EXISTENCE OF WARRANT

14                                         <u>**UNDER SEAL**</u>

15      The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

16 the Court issue an Order commanding GOOGLE, Inc., an electronic communication service provider

17 and/or a remote computing service, not to notify any person (including the subscribers and customers of

18 the account(s): misterbullet6@gmail.com; mwinton80@gmail.com listed in the WARRANT) of the

19 existence of the attached WARRANT until further order of the Court.

20      The Court determines that there is reason to believe that notification of the existence of

21 the attached WARRANT will seriously jeopardize the investigation or unduly delay a trial, including by

22 giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with

23 evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical

24 safety of an individual. *See* 18 U.S.C. § 2705(b).

25      IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, Inc. shall not

26 disclose the existence of the attached WARRANT or this Order of the Court, to the listed subscriber or

27 to any other person, for ~~one year~~ 180 days from the date of the Court's order, subject to renewal, except that GOOGLE, Inc. may

28 disclose the attached WARRANT to an attorney for GOOGLE, Inc. for the purpose of receiving legal

[PROPOSED] ORDER                              1

1  advice.

2       IT IS FURTHER ORDERED that the application and this Order are sealed until
3  otherwise ordered by the Court.

4

5

6  Dated: 12/1/2015                    _____
                                        Hon. Carolyn K. Delaney
7                                       U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER                           2