BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 04 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>**Google, Inc. accounts** | CASE NO. 2:15-SW-00623 CKD<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |
|---|---|

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 3-4-2016

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE